**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOEL HERSKOVITS,

                        Plaintiff,                        24 **CIVIL** 2570 (LJL)

      -v-                                    **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated November 6, 2024, that the Commissioner's

decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the

Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for

further administrative proceedings.

**Dated:**  New York, New York
            November 7, 2024

                                     **DANIEL ORTIZ**

                               _____
                               **Acting Clerk of Court**

         **BY:**        K. mango

                                  _____
                                     **Deputy Clerk**