UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 2/26/2026 __

JOEL HERSKOVITS,

                          **Plaintiff,**                    24-CV-02570 (LJL)(SN)

              -against-                                     **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                          **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed this action pursuant to 42 U.S.C. § 405(g), seeking review of a denial of

disability insurance benefits. The Court remanded the matter for further review by the

Commissioner of Social Security, and the Court approved a stipulation and agreement awarding

Plaintiff $2,750.00 in attorney's fees under the Equal Access to Justice Act (the "EAJA"), 28

U.S.C. § 2412.

Following the remand, Plaintiff was informed that he will be receiving retroactive

benefits from the Social Security Administration. Thereafter, on February 25, 2026, Plaintiff's

counsel filed a motion for an award of attorney's fees pursuant to 42 U.S.C. § 406(b). See ECF

No. 18. Section 406(b) permits the Court to approve "a reasonable fee . . . not in excess of 25

percent of the . . . past-due benefits" awarded to the plaintiff. Gisbrecht v. Barnhart, 535 U.S.

789, 795 (2002) (quoting 42 U.S.C. §406(b)(1)(A)).

Because of the Commissioner's unique role and expertise in this area, the Court orders

the Commissioner to respond to Plaintiff's motion by no later than Monday, March 16, 2026. In

particular, the Court directs the Commissioner to address the question of whether the fees

amount to an impermissible windfall. See Diberardino v. Commissioner of Social Security, No.

17-cv-02868 (PKC), 2020 WL 6746828 (E.D.N.Y. Nov. 17, 2020).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge


DATED:        New York, New York
              February 26, 2026