UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
JOEL HERSKOVITS,                                                        :
                                                                        :
                                                    Plaintiff,          :
                                                                        :            24-cv-2570 (LJL)
                          -v-                                           :
                                                                        :            MEMORANDUM AND
COMMISSIONER OF SOCIAL SECURITY,                                       :              ORDER
                                                                        :
                                                    Defendant.          :
                                                                        :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  04/09/2026

LEWIS J. LIMAN, United States District Judge:

On March 24, 2026, Judge Netburn issued a Report and Recommendation recommending that the Court grant Plaintiff's request for attorney's fees in the underlying action pursuant to 42 U.S.C. § 406(b).  Dkt. No. 23.  Judge Netburn advised the parties that they had fourteen days to file written objections to the Report and Recommendation, and no such objections have been filed.

In reviewing a Magistrate Judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  Parties are given the opportunity to raise timely objections to the report and recommendation within fourteen days.  *Id.*  The Court reviews any portion of the report subject to an objection de novo; however, in the absence of any objection, the Court reviews the report and recommendation only for clear error.  Fed. R. Civ. P. 72(b) Advisory Committee Notes; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018).

The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby ORDERS that the Report and Recommendation is ADOPTED in its entirety and GRANTS the Plaintiff's motion for attorney's fees.

The Clerk of Court is respectfully requested to close Dkt. No. 18 and to close the case.

SO ORDERED.

Dated: April 9, 2026
         New York, New York

_____
                    LEWIS J. LIMAN
               United States District Judge

2